IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>              Plaintiff,                            )<br>                                                              )<br>      vs.                                                )<br>                                                              )<br>JOHN CORSON,                                )<br>MIRANDA RUIZ,                              )<br>EVELINDA HINOJOSA,                  )<br>JUANITA HERRERA,,                     )<br>                                                              )<br>              Defendants.                     )<br>                                                              ) | 8:11CR43<br><br>ORDER |

   This matter is before the court on the defendant Evelinda Hinojosa's unopposed amended motion to continue trial [79] due to defense counsel's trial schedule and defendant Miranda Ruiz's motion to continue trial [81] due to ongoing plea negotiations. The defendant Miranda Ruiz has complied with NECrimR 12.1(a).

   **IT IS ORDERED:**

   1.   That defendant Evelinda Hinojosa's Amended Motion to Continue [79] and defendant Miranda Ruiz's Motion for Continuance of Trial [81] are granted, as follows:

   1.   The jury trial now set for June 7, 2011 is continued to **June 28, 2011.**

   2.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **June 7, 2011 and June 28, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   3.   Defendant Evelinda Hinojosa's Motion to Continue [78] is denied as moot.

   4.   Defendant Evelinda Hinojosa shall file an updated affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), no later than June 3, 2011.

   **DATED May 31, 2011.**

                                                          BY THE COURT:

                                                          s/ F.A. Gossett
                                                          United States Magistrate Judge