## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:11CR43 |
| vs. | ) | |
| | ) | ORDER |
| JUANITA HERRERA, | ) | |
| JOHN CORSON, | ) | |
| | ) | |
| Defendant. | | |

This matter is before the court on the defendant Juanita Herrera's Motion to Continue Trial [85] from June 7, 2011 to June 28, 2011 and defendant John Corson's Motion to Continue Trial [86]. However, trial was set for June 28, 2011 for all defendants including Juanita Herrera and John Corson on 5/31/2011 at filing [83]. The motions will be denied as moot.

**IT IS ORDERED** that defendant's Juanita Herrera's Motion to Continue Trial [85] and defendant John Corson's Motion to Continue Trial [86] are denied as moot.

A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **June 13, 2011.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED June 8, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge